| AO-10 Rev. 1/2002 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2002 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mosman, Michael W. | U.S. District Court, Oregon | 5/12/03 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | X Nomination, Date 5/9/03 <br> ___ Initial ___ Annual ___ Final | 2002-2003 (Present) |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Courthouse <br> 1000 SW 3rd, Suite 600 <br> Portland, OR 97204 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| X | NONE (No reportable positions.) | |
| 1 | | |
| 2 | | |
| 3 | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| X | NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | NONE (No reportable non-investment income.) | | |
| 1 | 2003 | Dr. Lloyd Hale (Wife - Registered Nurse) | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |
| 5 | | | $ |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| [X] NONE (No such reportable reimbursements.) | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| [ ] NONE (No such reportable gifts.) | | |
| Don Haskell (family friend) | 2/14/03-2/16/03 Use of beach cabin at Cannon Beach, OR | $ 300.00 |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| [X] NONE (No reportable liabilities.) | | |
| | | |
| | | |
| | | |
| | | |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| Place "(X)" after each asset exempt from prior disclosure | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, | | | | | | | | | |
| 1 U.S. Bank (IRA) | A | int | J | T | | | | | |
| 2 U.S. Bank (CDs) | A | int | J | T | | | | | |
| 3 U.S. Bank (savings) | A | int | K | T | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |



| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Mosman, Michael W. | 5/12/03 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Michael W. Mosman_          Date ___May 12, 2003___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)



# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | | |
|---|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 40,000 | | | Notes payable to banks - secured | | | | |
| U.S. Government Securities - add schedule | | | | Notes payable to banks - unsecured | | | | |
| Listed securities - add schedule | | | | Notes payable to relatives | | | | |
| Unlisted securities - add schedule | | | | Notes payable to others | | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | | |
| Due from others | | | | Other unpaid tax and interest | | | | |
| Doubtful | | | | Real estate mortgages payable - add schedule | 28,000 | | | |
| Real estate owned - add schedule | 250,000 | | | Chattel mortgages and other liens payable | | | | |
| Real estate mortgages receivable | | | | Other debts - Itemize: | | | | |
| Autos and other personal property | 75,000 | | | | | | | |
| Cash value - life insurance | | | | | | | | |
| Other assets - itemize: | | | | | | | | |
| TSP | 147,000 | | | | | | | |
| IRAs | 3,000 | | | Total liabilities | 28,000 | | | |
| | | | | Net worth | 487,000 | | | |
| Total assets | 515,000 | | | Total liabilities and net worth | 515,000 | | | |
| CONTINGENT LIABILITIES | None | | | GENERAL INFORMATION | | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | | |
| On leases or contracts | | | | Are you a defendant in any suits or legal actions? | No | | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | | |
| Provision for Federal Income Tax | | | | | | | | |
| Other special debt | | | | | | | | |

\* Residence valued at approximately $250,000.00, located at 6519 Apollo Road, West Linn, OR

Mortgage held at Washington Mutual Savings Bank